JAN LEIGHTON, Appellant, v YOUNG JA KIM LEIGHTON, Respondent.

Submitted January 14, 2008; decided February 12, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of DORIS LUMPKIN, Appellant, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.

Submitted December 17, 2007; decided February 12, 2008

Motion for leave to appeal dismissed upon the ground that the motion for leave to appeal to the Court of Appeals does not lie from the order of an individual Justice of the Appellate Division (see NY Const, art VI, § 3; CPLR 5602). Motion for poor person relief dismissed as academic.

ALISON R. MINTON, Appellant-Respondent, v THE WINGS CLUB, Respondent, and PHIL BAKES et al., Respondents-Appellants.

Submitted November 26, 2007; decided February 12, 2008

Motion by Alison R. Minton, insofar as it seeks leave to appeal as against Dan McKinnon and the Wings Club, dismissed upon the ground that as to those parties the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion for leave to appeal by Alison R. Minton otherwise denied. Motion by Alison R. Minton for a stay dismissed as academic. Motion for leave to appeal, insofar as made by Dan McKinnon, dismissed upon the ground that as to him the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion for leave to appeal, insofar as made by Phil Bakes, denied.